IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | |
| GAIL BUTLER | ) ) | |
| Intervening Plaintiff, | ) ) | |
| v. | ) ) ) | Civil File No. No 1:04-cv-2874-JTC |
| MOREHOUSE COLLEGE, | ) ) ) | |
| Defendant. | | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-named Intervening Plaintiff, by and through undersigned counsel of record, hereby stipulate to the DISMISSAL WITH PREJUDICE of all claims in the above-captioned Civil Action, including all claims set forth in Intervening Plaintiff's Complaint with the parties to bear their own costs, including attorneys' fees.

Furthermore, it is herein noted that the above-named Plaintiff has also filed a separate Stipulation of Dismissal with Prejudice with respect to this action.

Respectfully submitted, this 27th day of July, 2005.

**[Signatures on Next Page]**

**CONSENTED TO BY:**

| | |
|---|---|
| s/Joyce F. Glucksman | s/Brent L. Wilson |
| Joyce F. Glucksman | Brent L. Wilson |
| Georgia Bar No. 298062 | Georgia Bar No. 767667 |
| Suite 950 | Oren R. Griffin |
| 2970 Clairmont Road | Georgia Bar No. 310860 |
| Joyce F. Glucksman PC | Elarbee, Thompson, Sapp & |
| Atlanta, Georgia 30329 | Wilson |
| (404) 633-5579 (phone) | 800 International Tower |
| (404) 636-8711 (fax) | 229 Peachtree Street, N.E. |
| | Atlanta, Georgia 30303 |
| Counsel for Intervening Plaintiff | (404) 659-6700 (phone) |
| | (404) 222-9718 (fax) |
| | |
| | Counsel for Defendant |